## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

This Document Relates To:

Shelly Cluff, et al. v. Bayer HealthCare          No. 3:11-cv-13072-DRH-PMF
Pharmaceuticals Inc., et al.

Tiffany Rollins v. Bayer Corporation, et al.       No. 3:12-cv-11277-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 4, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:  /s/*Cheryl A. Ritter*
>  **Deputy Clerk**

Date: February 5, 2015

Digitally signed
by David R.
Herndon
Date: 2015.02.05
11:28:29 -06'00'

APPROVED:
           DISTRICT JUDGE
           U. S. DISTRICT COURT